41 A.3d 1280

COMMONWEALTH of Pennsylvania, Petitioner

v.

Martin CAIN, Respondent.

No. 126 EM 2011.

Supreme Court of Pennsylvania.

April 10, 2012.

164

### *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of April, 2012, the "Petition for Allowance of Appeal," treated as a Petition for Review, is **DENIED.**